

## IN THE
## TENTH COURT OF APPEALS

### No. 10-18-00378-CV

THERESA ALBRIGHT,

Appellant

v.

NORTH TEXAS ELECTRODIAGNOSTICS
AND REHABILITATION P.A. D/B/A
DEFINITIVE REHAB AND PAIN MANAGEMENT
AND DR. JUSTIN SHIELDS, PT, DPT,

Appellees

From the 40th District Court
Ellis County, Texas
Trial Court No. 94720

## MEMORANDUM OPINION

Theresa Albright appeals from the trial court's order granting Dr. Justin Shields'

motion for summary judgment, ordering Albright to take nothing against Shields, and

dismissing Albright's claims against Shields. The order did not dispose of Albright's

claims against North Texas Electrodiagnostics and Rehabilitation P.A. d/b/a Definitive

Rehab and Pain Management.

On December 17, 2018, the Clerk of this Court notified Albright by letter that,

pursuant to Rules 42.3 and 44.3 of the Texas Rules of Appellate Procedure, the appeal

was subject to dismissal because it appeared the "Order Granting Defendant Dr. Justin Shields, PT, DPT's Traditional Motion for Summary Judgment" was not final and appealable in that it did not dispose of all claims and parties before the trial court. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 192-93 (Tex. 2001). In the same letter, the Clerk warned Albright that the Court may dismiss the appeal unless, within 10 days from the date of this letter, a response was filed showing grounds for continuing the appeal.

Albright responded and acknowledges that the trial court's order is not final and appealable. However, Albright requests that the Court retain the appeal on its docket because the parties have filed an agreed motion to sever the summary judgment in favor of Shields and are awaiting the trial court's order of severance. As of the date of this opinion, no severance order has been received by the Court.

Accordingly, because the trial court's "Order Granting Defendant Dr. Justin Shields, PT, DPT's Traditional Motion for Summary Judgment" does not dispose of all claims and all parties before the trial court, it is not final; and this appeal is dismissed for want of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 2, 2019
[CV06]